```
 1  Robert B. Jobe (Cal. State Bar #133089)
    LAW OFFICE OF ROBERT B. JOBE
 2  550 Kearny St., Ste. 200
    San Francisco, CA 94108
 3  Tel:   (415) 956-5513
    Fax:   (415) 840-0308
 4  Email: bob@jobelaw.com

 5  Attorney for Plaintiffs.
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA GARCIA-LOPEZ ET AL., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL AYTES, ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | No.   3:09-cv-2592 SI <br><br> **STIPULATION TO CONTINUE HEARING DATE AND RESET BRIEFING SCHEDULE; [PROPOSED] ORDER** <br><br> Date:   December 18, 2009 <br> Time:   9:00 a.m. <br> Honorable Susan Illston |

Plaintiffs, by and through their attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to continue the hearing date on Defendants' Motion for Summary Judgment, currently scheduled on December 18, 2009, at 9:00 a.m., on the following grounds:

1.   Defendants filed a Motion for Summary Judgment on October 13, 2009. Plaintiffs' Opposition and Cross-Motion for Summary Judgment is currently due on November 27, 2009 and a motions hearing is currently scheduled before the Court on December 18, 2009 at 9:00 a.m.

2.   Due to holiday traveling plans and staff shortage, Plaintiffs' counsel respectfully requests that the hearing date on the motions be continued and the briefing schedule reset.

3.   Defendants' counsel has indicated that he has no opposition to resetting the

Stipulation to Continue Hearing Date and Reset Briefing Schedule; [Proposed] Order
No. 3:09-cv-2592 SI

hearing date and the briefing schedule as set forth below.

4. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the motion hearing date and briefing schedule as follows:

Plaintiffs' Opposition and Cross-Motion for Summary Judgment: 12/4/2009

Defendants' Reply and Opposition to Cross-Motion for Summary Judgment: 1/~~1~~6/2010

Plaintiffs' Reply to Opposition to Cross-Motion for Summary Judgment: 1/~~8~~13/2010

Hearing on Cross-Motions for Summary Judgment: 1/22/2010, at 9:00 a.m.

Dated: November 25, 2009   Respectfully submitted,

/s/ Robert B. Jobe

_____
ROBERT B. JOBE
Attorney for Plaintiffs

Dated: November 25, 2009   JOSEPH P. RUSSONIELLO
United States Attorney
TONY WEST
United States Attorney Assistant Attorney General
JOSHUA E. BRAUNSTEIN
Assistant Director

/s/ Jonathan D. Wasden

_____
JONATHAN D. WASDEN
Trial Attorney
United States Department of Justice Civil Division
Attorneys for Defendants

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the motions hearing date be continued and the briefing schedule reset as follows:

Plaintiffs' Opposition and Cross-Motion for Summary Judgment: 12/4/2009

Defendants' Reply and Opposition to Cross-Motion for Summary Judgment: 1/1/2010

Plaintiffs' Reply to Opposition to Cross-Motion for Summary Judgment: 1/8/2010

Hearing on Cross-Motions for Summary Judgment: 1/22/2010, at 9:00 a.m.

Stipulation to Continue Hearing Date and Reset Briefing Schedule; [Proposed] Order
No. 3:09-cv-2592 SI

1  IT IS SO ORDERED.
2
3
    Dated: _____
4                                          SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE

28 Stipulation to Continue Hearing Date and Reset Briefing Schedule; [Proposed] Order
No. 3:09-cv-2592 SI