*E-Filed 4/5/10*

Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TANIA GARCIA-LOPEZ ET AL.,  )   No.   3:09-cv-2592 RS
                            )
    Plaintiff,              )
                            )
    v.                      )   **STIPULATION TO
                            )   SET HEARING DATE FOR
MICHAEL AYTES, ET AL.,      )   CROSS-MOTIONS FOR SUMMARY
                            )   JUDGMENT; [PROPOSED] ORDER**
    Defendants.             )
                            )
                            )   Date:   June 10, 2010
                            )   Time:   1:30 p.m.
_____)   Honorable Richard Seeborg

Plaintiffs, by and through their attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to hold a hearing on their cross-motions for summary judgment on June 10, 2010, at 1:30 p.m., on the following grounds:

1.   On March 18, 2010, this case was reassigned to the Honorable Richard Seeborg. Per the Court's request, both Plaintiffs and Defendants subsequently renoticed their cross-motions for summary judgment. The Plaintiffs' and Defendants' motions listed differing hearing dates. However, both Plaintiffs and Defendants stipulate to a hearing on June 10, 2010, at 1:30 p.m.

2.   Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the motion hearing date for June 10, 2010 at 1:30 p.m.

//

Stipulation to Set Hearing Date for Cross-Motions for Summary Judgment; [Proposed] Order
No. 3:09-cv-2592 SI

| | | |
|---|---|---|
| 1 | Dated: April 5, 2010 | Respectfully submitted, |
| 2 | | /s/ Robert B. Jobe |
| 3 | | ROBERT B. JOBE<br>Attorney for Plaintiffs |
| 4 | | |
| 5 | Dated: April 5, 2010 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 6 | | TONY WEST<br>United States Attorney Assistant Attorney General |
| 7 | | JOSHUA E. BRAUNSTEIN<br>Assistant Director |
| 8 | | |
| 9 | | /s/ Jonathan D. Wasden |
| 10 | | JONATHAN D. WASDEN<br>Trial Attorney |
| 11 | | United States Department of Justice Civil Division<br>Attorneys for Defendants |

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the motions hearing date be set as follows:

Hearing on Cross-Motions for Summary Judgment:  June 10, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated: 4/5/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Stipulation to Set Hearing Date for Cross-Motions for Summary Judgment; [Proposed] Order
No. 3:09-cv-2592 SI