*E-Filed 4/7/10*

Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA GARCIA-LOPEZ ET AL.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL AYTES, ET AL.,<br><br>    Defendants. | No.   3:09-cv-2592 RS<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS' REPLY TO THE DEFENDANTS' OPPOSITION TO THE CROSS MOTION FOR SUMMARY JUDGMENT;**<br>**[~~PROPOSED~~] ORDER** DENYING STIPULATION AS UNNECESSARY<br><br>Date:   June 10, 2010<br>Time:   1:30 p.m.<br>Honorable Richard Seeborg |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to extend the deadline for Plaintiffs' reply to the Defendants' Opposition to Plaintiffs' Cross Motion for Summary Judgment, currently set for April 16, 2010, on the following grounds:

1.   Defendants filed an Opposition to Plaintiffs' Cross Motion for Summary Judgment on April 2, 2010.  Plaintiffs' reply to that motion is currently due on April 16, 2010, and the hearing on both motions is set for June 10, 2010 at 1:30 p.m.

2.   Because the hearing on these motions is not until June, and because Plaintiffs' counsel is experiencing a heavy caseload, Plaintiffs' counsel respectfully requests that due date for the reply be extended to May 14, 2010.

3.   Defendants' counsel has indicated that he has no opposition to resetting the

Stipulation to Extend Deadline; [~~Proposed~~] Order
No. 3:09-cv-2592 RS

briefing schedule as set forth below.

4. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the deadline for Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment as follows:

Plaintiffs' Reply to Opposition to Cross-Motion for Summary Judgment: 5/14/2010

Dated: April 7, 2010          Respectfully submitted,

                              /s/ Robert B. Jobe
                              _____
                              ROBERT B. JOBE
                              Attorney for Plaintiffs

Dated: April 7, 2010          JOSEPH P. RUSSONIELLO
                              United States Attorney
                              TONY WEST
                              United States Attorney Assistant Attorney General
                              JOSHUA E. BRAUNSTEIN
                              Assistant Director

                              /s/ Jonathan D. Wasden
                              _____
                              JONATHAN D. WASDEN
                              Trial Attorney
                              United States Department of Justice Civil Division
                              Attorneys for Defendants

### [~~PROPOSED~~] ORDER

The Parties' stipulation is DENIED as unnecessary. The briefing schedule is to be calculated from the continued hearing date. See Civil Local Rule 7-7(d).

IT IS SO ORDERED.

Dated:   April 7, 2010        _____
                              RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE

Stipulation to Extend Deadline; [~~Proposed~~] Order
No. 3:09-cv-2592 RS