**\*\*E-filed 7/14/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TANIA GARCIA-LOPEZ, et al.,

    Plaintiff,

v.

MICHAEL YATES, et al.,

    Defendants.
_____/

No. C 09-2592 RS

**ORDER RE PREVIOUSLY GRANTED CONTINUANCE**

    The Court previously granted Plaintiff's motion to continue the hearing on the cross-motions for summary judgment from July 15, 2010 to July 29, 2010, by executing Plaintiff's proposed order, which erroneously stated that the motion was "unopposed." The Court is aware from the body of plaintiff's motion that defendants in fact opposed the motion on grounds that counsel had already purchased airfare and had arranged a vacation. Although the Court strongly discourages telephonic appearances at law and motion, should defense counsel wish to appear by telephone at the continued hearing, the Court will accommodate a written request to do so, although it may require both sides to appear by telephone in that event.

Dated: 7/14/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE