*E-Filed 7/19/10*

**ELIAS Z. SHAMIEH** (IND. SBN #14339-49)
Attorney at Law
Law Offices of Shamieh and Ternieden
703 Market Street, Suite 1700
San Francisco, CA 94103
Phone: (415)777-0700
Facsimile: (415)543-0891

Attorneys for Plaintiff
**Tania Garcia-Lopez**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TANIA GARCIA-LOPEZ** | Civil Action No.: 309-CV-2592RS |
| Plaintiff, | |
| v. | JOINT STIPULATION TO ADVANCE HEARING |
| **MICHAEL YATES**, et al. | |
| Defendant | |
| | IMMIGRATION CASE |
| | Hearing Date: July 29, 2010
Time: 1:30 pm
Judge: Richard Seeborg |

## JOINT STIPULATION TO ADVANCE HEARING

Plaintiff's counsel, Elias Shamieh and Defendant's counsel, Stacey Young, respectfully request that the Court advance the hearing scheduled for July 29, 2010 to July 20, 2010 at 9 a.m. Defendant's attorney, Stacey Young, will not be able to make the July 29, 2010 hearing date and

traveled to San Francisco from the Office of Immigration Litigation in Washington, D.C. last week in anticipation of the original July 15, 2010 hearing date which was rescheduled to July 29, 2010 due to Plaintiff's counsel's emergency. Defendant's attorney, Ms. Young is still in San Francisco, thus, both Plaintiff's counsel and Ms. Young have agreed to July 20, 2010 at 9 a.m. for the hearing on the motion for summary judgment.

    In light of the above, Plaintiff's counsel and Defendant's counsel pray that this honorable Court grant this joint stipulation to advance this hearing from July 29, 2010 to July 20, 2010 at 9 a.m.

Respectfully submitted this 19th day of July, 2010.

/s/Elias Z. Shamieh
_____
ELIAS Z. SHAMIEH
Attorney for Plaintiff

/s/ Stacey Young
_____
Attorney for Defendant

### ORDER

Pursuant to this Joint Stipulation to Advance Hearing and for the reasons stated therein, IT IS HEREBY ORDERED that the July 29, 2010 hearing be advanced to July 20, 2010 at ~~9 a.m.~~ 10:00 a.m.

IT IS SO ORDERED.

DATED: July __19__, 2010.

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

Case No. 309-cv-2592RS
Joint Stipulation to Advance Hearing